UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MICHAEL CORY HADLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:02-CV-1 RM |
| | ) | |
| SERGEANT MARC MERSICH, | ) | |
| | ) | |
| Defendant | ) | |

OPINION and ORDER

Plaintiff Michael Cory Hadley has requested additional time to file his application for costs and fees. Following a jury verdict in Mr. Hadley's favor, judgment was entered on May 13, 2005, and on that date, as noted by Mr. Hadley, the parties were given ten days to file any post-trial motions, excluding motions for attorney's fees. The filing of motions for attorney's fees is governed by Federal Rule of Civil Procedure 54(d), which provides such motions be filed "no later than 14 days after entry of judgment." Mr. Hadley's attorney fee request, then, was due on or before May 27.

In his motion for additional time – filed on June 1, a date after the May 27 deadline – Mr. Hadley says his counsel needs more time "to prepare a statement of hours expended and expenses incurred during the representation for this case, including hours expended in researching or responding to any post-trial motions which were filed or may be filed pursuant to the court's May 13, 2005 order." The docket sheet of this cause (a document available for review by all counsel) reveals

no post-trial motions having been filed, by the May 23 deadline or by the date of the filing of this motion.

Mr. Hadley seeks an extension until June 3 to file his petition for costs and fees [docket # 65], and his motion is GRANTED, but, in light of the above considerations, the court does not expect to grant further extensions.

SO ORDERED.

ENTERED:   June 2, 2005

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court