UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DANIEL QUINN, et al., )<br>)<br>        Plaintiffs   )<br>)<br>    vs.                       )<br>)<br>SOUTH BEND INDIANA CIVIL CITY OF,)<br>et al.,                          )<br>        Defendants   ) | CAUSE NO. 3:02-CV-1 RM |

OPINION and ORDER

Plaintiff Michael Cory Hadley has filed his application for fees and costs pursuant to 42 U.S.C. § 1988, which provides that "[i]n any action or proceeding to enforce a provision of [42 U.S.C. § 1983], the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee as part of the costs." "This language indicates that there are two elements to a fee award under this section. First, the party seeking fees must qualify as a 'prevailing party.' Second, the fee must be 'reasonable.'" Simpson v. Sheahan, 104 F.3d 998, 1001 (7th Cir. 1997).

A jury returned a verdict in Mr. Hadley's favor on May 10, 2005, rendering him the prevailing party in this action. As a prevailing party, Mr. Hadley is entitled under § 1988 to "an award of fees for all time reasonably expended in pursuit of the ultimate result achieved." Jaffee v. Redmond, 142 F.3d 409, 416 (7th Cir. 1998) (quoting Hensley v. Eckerhart, 461 U.S. 424, 431 (1983)). Counsel for Mr. Hadley states that he has charged hourly rates of $125.00 for out-of-court time and $150.00 for in-court time, rates the court finds to be reasonable. A review of

Exhibit A, entitled "Statement of Hours Spent and Expenses Incurred on Case," however, reveals two multiplication errors. Specifically, the entry dated 4-29-02, billed at a rate of $150 for counsel's attendance at a status conference, was for .50 hours, which results in a fee of $75.00, not $150.50 as requested, and the entry dated 9-19-02, billed at a rate of $150 for counsel's attendance at a scheduling conference, was for .25 hours, which results in a fee of $37.50, not $150.25 as requested. Defense counsel has informed the court that the defendant doesn't object to the fee request.

Accordingly, Mr. Hadley's application for fees and costs [docket # 68] is GRANTED as modified, and Michael Hadley is awarded attorney fees in the amount of $6,537.50 [34 hours @ $125 per hour and 15.25 hours @ $150 per hour] and costs and expenses of $217.00, for a total of $6,754.50.

SO ORDERED.

ENTERED:   August 29, 2005

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court